ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

JAN 03 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

Clarence Wise

P.O. Box 69

Surin, Thailand, 3200·0 - 929

TEL : 011 – 1 – 66 – 502 - 41314

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

CLASS ACTION

| | | |
|---|---|---|
| Clarence Wise, Pro Se | ) | CASE NUMBER |
| and for all Veterans | ) | **06 - 00001** |
| Plaintiff, | ) | |
| VS. | ) | COMPLAINT |
| Jerry M. Daniel | ) | |
| Defendant | ) | |
| | ) | CIVIL ACTION |

## Jurisdiction

There is no justice @ U.S.D. Ct. for S.D. of Ga., Aug. Div. in 11th Cir. where defendant resides & these improprieties took place and no freedom of Press for Pro Se Plaintiffs. There has never been a case filed here by PRO SE Plaintiffs to receive any kind of trial. All cases ruled frivolous or untimely filed on motion for summary judgment and plaintiffs ordered to pay all court cost as in : Wise VS. Caddell Const. Co. Pro Se class action 1996 – 2000 U.S.D. Ct. to U.S.S. Ct. Right to sue from EEOC for denying all WK. Comp. claims of veterans with illegal application handed out all over U.S. Plaintiff had catastrophic injury on job appeal to 11th Cir. Ct. of appeals Judge Frank Hull, granddaughter of Hull Law Firm in Aug. that represents all rich defendants denies all case. Plaintiff is a U.S. citizen, Disabled American Veteran, has access to V.A. Medical Clinic in Guam, V.A.R.O. in Manila, resides with his family & receives V.A. disability retirement in Thailand. For this court to change venue would be same as dismissing case. Veterans would continue to lose their rights $ and country. Veterans are the Fabric of the U.S. Flag STATUE OF LIMITATIONS. Defendant has stonewalled and wanted more $ from plaintiff for over 5 years. There is no closure on alledged violation of refused to blow in breathilizer in V.A.H., Aug., Ga. Defendant continues to discriminate against veterans and take their rights $ and country away. Plaintiff states "This case is timely filed and Venue is GUAM."

Case 1:06-cv-00001    Document 1    Filed 01/03/2006    Page 2 of 4

# COMPLATNT

Dec. 1999 Plaintiff was a patient in V.A.H. Aug., Ga. Patrolman Derriso of Burke Cty. Came on U.S. Gov't . Property and tried to force plaintiff to blow into a breathilizer. When plaintiff was unable, Derriso went into a drunken rage and took plaintiff's wallet stole $ 1000, his Dr. Lic. And SS card. Put hold on plaintiff's medical records and charged with refused to blow in breathilizer. Due to this plaintiff retained attorney Degenhart of Burke Cty. for $ 800 and was discriminated against in hospital and released early to go home after surgery. Degenhart ordered plaintiff to report to Burke Cty. jail and be arrested for same offense a second time and post $ 2300 Bond. Degenhart admitted he represented Derriso also and plaintiff report him to Ga. St. Bar and $ 300 returned. Plaintiff report Derriso to SLED and never received a reply. Plaintiff was present for trial by jury 3 times at St. Ct. of Burke Cty. and Derriso never showed and trial was denied. Plaintiff retained defendant for $ 300 and defendant stated he was going to be new St. Ct. Judge of Burke Cty. that he would return my $ 4100 and dismiss case. 7 – 19 – 2000 Before Plaintiff and witness Henry Buller, defendant stated Wise is free to go to Thailand and live with his family, case dismissed. After defendant became St. Ct. judge of Burke Cty., he states he is GOD, on U.S. currency states "In God We Trust." Defendant can't be trusted Plaintiff brings violations against defendant and for allowing violations to take place and continue under : ADA, Privacy Act, Civil Rights Act, arresting plaintiff two times for some alledged offense, defrauding documents and changing date, perjury, discriminating against all Veterans and taking their rights $ and country away.

Case 1:06-cv-00001    Document 1    Filed 01/03/2006    Page 3 of 4

## DEMAND

For Pro Se Plaintiff's Dr. Lic., SS # and name be cleared of this discrimination and fraud. $ 100,000 to be paid to Pro Se Plaintiff's by defendant. Punitive damages awarded to all veterans by U.S.D. Ct. of GUAM. Pro Se Plaintiff prays all is done now. A-men.

Date: _24 Dec. 2005_

_Clarence Wise_

Clarence Wise , Pro Se Plaintiff

P.O. Box 69

Surin, Thailand 32000-929

TEL : 011 – 1 – 66 – 502 - 41314