ORIGINAL

## United Stated District Court


**FILED**
DISTRICT COURT OF GUAM
JAN 03 2006
MARY L.M. MORAN
CLERK OF COURT

___TERRITORY OF GUAM___ District of ___GUAM___

CLASS ACTION

Clarence Wise, Pro Se and for all veterans

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

Plaintiff,

CASE NUMBER: **06-00001**

VS. Jerry M. Daniel, Defendant

CIVIL ACTION

I, ___Clarence Wise___ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the cost of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

1. Are you currently incarcerated? ☐ Yes ☑ No (if "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transaction.

2. Are you currently employed? ☐ Yes ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your last employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    November 1995.    $ 300 per week.    Caddell Const. Co.
    
    Edgefield, S.C.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes  ☑ No
    b. Rent payments, interest or dividends             ☐ Yes  ☑ No
    c. Pensions, annuities or life insurance payments   ☑ Yes  ☐ No
    d. Disability or workers compensation payments      ☐ Yes  ☑ No
    e. Gifts or inheritances                            ☐ Yes  ☑ No
    f. Any other sources                                ☐ Yes  ☑ No

Page 1 of 2

Department of Veterans Affairs

$ 1388. per month – receive

$ 1388. per month – expect to receive

4. Do you have **any** cash or checking or savings accounts  ☑ Yes  ☐ No

   If "Yes," state the total amount. _____ $ 5.00 _____ .

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   | Phattharin Wise | – | Wife | – | $ 400. per month |
   | Nuttapong Thongjun | – | Son | – | $ 250. per month |
   | Jeerayuth Thongjun | – | Son | – | $ 250. per month |

   _29 Dec, 2005_                _Clarence Wise_
   Date                         CLARENCE WISE , Pro Se Plaintiff
                                P.O. BOX 69
                                SURIN , THAILAND
                                32000 - 929
                                TEL:011-1-66-502-41314