

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| CLARENCE WISE,<br><br>            Plaintiff,<br>vs.<br><br>JERRY M. DANIEL<br><br>            Defendant. | Civil Case No. 06-00001<br><br>**ORDER** |

    This matter is before the Court on Plaintiff Clarence Wise's ("Wise") complaint. In addition to his complaint, Wise also filed an "Application to Proceed without Prepayment of Fees and Affidavit." After review of his affidavit, the Court notes that Wise does qualify to proceed *in forma pauperis*. His request to proceed in that regard is GRANTED. No filing fee will be required whatsoever as the Court is dismissing the matter pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    Title 28 U.S.C. § 1915(e)(2)(B)(i) authorizes federal courts to dismiss a claim filed *in forma pauperis* "if the court determines that the action . . . . is frivolous or malicious." Under this standard, a district court may review the complaint and dismiss *sua sponte* those claims premised on meritless legal theories or clearly lacking any factual basis. *Denton v. Hernandez*, 112 S. Ct. 1728, 1730-31 (1992). *Pro se* pleadings must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

    Upon a liberal review of the Wise's filing, the Court finds no legal or factual basis supporting his claims. Further, there is no indication that any of the acts complained of occurred

**ORIGINAL**

on Guam or had any relation to Guam, nor is there any evidence that the named defendant resides on Guam. "District courts have the authority to dismiss complaints founded on 'wholly fanciful' factual allegations for lack of subject matter jurisdiction." *See Franklin v. Murphy*, 745 F2 1221, 1228 (9th Cir. 1984). Accordingly, the complaint is DISMISSED.

**IT IS SO ORDERED** this ___18___ day of January, 2006.

_____
Donald W. Molloy[*]
United States District Judge

---

[*] The Honorable Donald W. Molloy, United States Chief District Judge for Montana, by designation.